**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TIMOTHY JOEL GRAHAM**                                                           **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 2:15-cv-00093-FKB**

**SHERIFF ALEX HODGE, ET. AL**                                         **DEFENDANTS**

## **JUDGMENT**

For the reasons set forth in the Order entered this date, the Court hereby dismisses Plaintiff's claims against all defendants without prejudice.

IT IS, therefore, ordered and adjudged that this entire case is dismissed.

SO ORDERED AND ADJUDGED, this the 13th day of March, 2018.

                                                                 /s/ F. Keith Ball
                                                           UNITED STATES MAGISTRATE JUDGE